IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AFFORDABLE BIO FEEDSTOCK INC. and
AFFORDABLE BIO FEEDSTOCK OF PORT
CHARLOTTE, LLC,

CASE NO. 6:19-CV-1835-ORL-40DCI

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

**PARTIES' STIPULATION AS TO PLAINTIFFS'
QUALIFICATIONS FOR CREDIT AT ISSUE**

The parties to the above-captioned matter stipulate to the following, for purposes of the above-captioned case only:

1. With respect to Plaintiff Affordable Bio Feedstock, Inc. the "period at issue" is the tax period from January 1, 2015 through December 31, 2015.

2. With respect to Plaintiff Affordable Bio Feedstock of Port Charlotte, LLC, the "period at issue" is the tax period from January 1, 2016 through March 31, 2016.

3. Plaintiffs Affordable Bio Feedstock, Inc. and Affordable Bio Feedstock of Port Charlotte, LLC agree not to assert or claim at any time in this proceeding that they are entitled to any judgment or other recovery in the above-captioned proceeding on the basis that their activities for the periods at issue qualify them for the alternative fuel credit under 26 U.S.C. § 6426. In exchange, the United States agrees not to propound additional discovery on Plaintiffs or third-parties designed to determine whether Plaintiffs can substantiate that they engaged in activities which could qualify them for the alternative fuel credit as defined by 26 U.S.C. § 6426(d).

4. The parties agree that this stipulation shall be binding on the parties solely in this action, does not need to be approved by the Court to be enforceable, and will be included in any pretrial stipulation or order.

*s/ Amy Judkins*
**DAVID P. HATHAWAY**
Florida Bar No. 491411
**AMY L. JUDKINS**
Florida Bar No. 125046
Dean, Mead, Egerton, Bloodworth
  Capouano & Bozarth
420 S. Orange Avenue, Suite 700
Orlando, FL 32801
Telephone: (407) 841-1200
Facsimile:  (407) 423-1831
Email: dhathaway@deanmead.com
Email: ajudkins@deanmead.com
Email: smarshall@deanmead.com
**CO-COUNSEL FOR PLAINTIFFS**

Date: June 19, 2020

*s/ Peter Lowy*
**PETER LOWY**
E-mail: peter.lowy@chamberlainlaw.com
CHAMBERLAIN, HRDLICKA, WHITE
WILLIAMS & AUGHTRY P.C.
1200 Smith, Suite 1400
Houston, TX  77002
Telephone:  (713) 658-1818
Facsimile:  (713) 658-2553
**CO-COUNSEL FOR PLAINTIFFS**
*Admitted Pro Hac Vice*

**Date:** June 19, 2020

-and-

2

O2915826.v1

        RICHARD E. ZUCKERMAN
        Principal Deputy Assistant Attorney General

        *s/Michael W. May*
        MICHAEL W. MAY
        GREGORY L. JONES
        Trial Attorney
        U.S. Department of Justice, Tax Division
        P.O. Box 14198
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: 214-880-9730 (May)
        Telephone: 202-305-3254 (Jones)
        Fax: 202-514-4963
        Email:   Gregory.L.Jones@tax.usdoj.gov
                   Michael.W.May@tax.usdoj.gov

Of Counsel:

Maria Chapa Lopez
United States Attorney
*Attorneys for Defendant United States*


**Date: June 18, 2020**

3

O2915826.v1